UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

-FILED-
IN OPEN COURT

OCT 0 8 2025

At _____ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Case No. 2:25-CR- 115 PPS |
| v. | ) |
| | ) 18 U.S.C. § 875(c) |
| JOHN ANDREW SMRIGA III | ) |
| | ) |

## INDICTMENT

THE GRAND JURY CHARGES:

At times material to this Indictment:

### Background

1. JOHN ANDREW SMRIGA III was a resident of Lowell, Indiana, within the Northern District of Indiana.

2. Victim 1 was an elected official and a resident of Crown Point, Indiana.

3. Victim 2 was a law enforcement officer and a resident of Cedar Lake, Indiana.

4. TextNow was an internet-based phone service provided by TextNow, Inc., based in Ontario, Canada.

5. TextFree was an internet-based phone service provided by Pinger, Inc., based in San Jose, California.

1

## Count One
(Interstate Communications with a Threat to Injure)

6. On or about September 9, 2025, in the Northern District of Indiana and elsewhere, the defendant,

## JOHN ANDREW SMRIGA III

knowingly and willfully did transmit in interstate and foreign commerce from the state of Indiana through the province of Ontario, Canada via TextNow, to Victim 1, a communication containing a threat to injure Victim 1, specifically a text reading, "Ayo, [Victim 1], we know exactly where you lay your head at. Tomorrow, we rollin' through to grab what's yours, so you better be set. Ain't no playin' around," which was accompanied by a photograph depicting masked individuals mimicking the possession and firing of firearms with their hands and arms.

All in violation of Title 18, United States Code, Section 875(c).

## Count Two
(Interstate Communications with a Threat to Injure)

7. On or about February 10, 2025, in the Northern District of Indiana and elsewhere, the defendant,

**JOHN ANDREW SMRIGA III**

knowingly and willfully did transmit in interstate and foreign commerce from the state of Indiana through the state of California, via TextFree, to Victim 2, a communication containing a threat to injure Victim 2, specifically, a text reading, "Me and my gang coming for your racist ass and yo family tomorrow [slur]," accompanied by a photograph depicting masked individuals holding guns.

All in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL:

/s/ Foreperson
FOREPERSON

M. SCOTT PROCTOR
ACTING UNITED STATES ATTORNEY


By: /s/ Francis Sohn
Francis Sohn
Assistant United States Attorney
Northern District of Indiana